IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHAUNTAY M. CANNON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner for | : | |
| Social Security | : | NO. 23-229 |

**O R D E R**

SCOTT W. REID, J.

AND NOW, this 9th day of January, 2024, it is hereby ORDERED that Claimant's Request for Review is DENIED, and JUDGMENT IS ENTERED in favor of Defendant;

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE